ALEXANDER PONCE DE LEON and Others, Appellants, v. HEINRICH KUHLCKE and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Cohn, JJ.

CITRUS FRUIT SPECIALTIES CORPORATION, Respondent, v. WILLIAM C. LAURENCE, Also Known as WILLIAM C. LUBAN, and Another, Individually and as Copartners, etc., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of JOSEPH H. VICINO, Petitioner, for an Order against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Cohn, JJ.

HERMAN V. ALBRECHT, as Executor, etc., of MAURICE D. KAUFHERR, Deceased, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Cohn, JJ.

APRIL PRODUCTIONS, INC., Respondent, v. HARMS, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [165 Misc. 883.]

SOCIETY MILION ATHENA, INC., and Another, Respondents, v. NATIONAL BANK OF GREECE, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Cohn, JJ. [166 Misc. 190.]

THOMAS GEOGAS, Also Known as THOMAS ZOGAS, and MARY GEOGAS, Also Known as MARY TH. ZOGAS, Respondents, v. NATIONAL BANK OF GREECE, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MANQUEEN CORPORATION, Landlord, Respondent, v. G. ALBERT BAUMANN, Tenant, Appellant, Impleaded with Others.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of WILLIAM J. SIMPSON, Petitioner, Respondent, for an Order against JAMES E. FINEGAN, as President, and Others, as Members of and Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Orders unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

WILLIAM C. ETGEN, Respondent, v. BERT A. LINDERMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.